v.

DEPARTMENT OF The ARMY, Respondent.

No. 2009–3168.

United States Court of Appeals, Federal Circuit.

May 17, 2010.

RED RIVER HOLDINGS, LLC, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellee,

and

Sealift, Inc., Defendant–Appellant.

No. 2010–5019.

United States Court of Appeals, Federal Circuit.

May 19, 2010.

Sandra Jackson Sheppard, Sheppard and Associates Law Office, Atlanta, GA, for Petitioner.

ON MOTION

*ORDER*

Marc J. Fink, Heather M. Spring, Sher & Blackwell, Washington, DC, for Plaintiff–Appellee.

Timothy B. Shea, Nemirow, Hu & Shea, Washington, DC, for Defendant–Appellant.

Christopher L. Krafchek, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).